BURROUGHS ADDING MACHINE COMPANY, Appellant and Respondent, *v.* FRANCIS A. HOSACK, Respondent and Appellant.

(Argued April 24, 1929; decided May 28, 1929.)

*John Preston Phillips* for plaintiff, appellant and respondent.

*Matthew W. Wood* for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.